# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| KARMA QUICK-PANWALA, | No. 2: 16-cv-02215-KJM-CKD |
|---|---|
| Plaintiff, | |
| v. | FIRST AMENDMENT <br> TO THE SCHEDULING ORDER |
| LAMMERSVILLE JOINT UNIFIED SCHOOL DISTRICT; and Does 1-10, inclusive, | |
| Defendants. | |

The parties jointly request (ECF No. 25) to amend dates in the pretrial scheduling order (ECF No. 17). Good cause appearing, the court GRANTS this request, as follows, but VACATES the final two dates to be reset as needed after ruling on potential dispositive motions:

| **Description** | **Existing Date** | **New Date** |
|---|---|---|
| Discovery Cutoff | 2/16/2018 | 3/19/2018 |
| Expert Witness Disclosures | 2/16/2018 | 3/19/2018 |
| Supplemental Expert Witness Disclosures | 3/2/2018 | 4/2/2018 |
| Expert Discovery Cutoff | 3/20/2018 | 4/19/2018 |
| Hearing on Dispositive Motions | 4/20/2018 | 5/18/2018 |
| Final Pretrial Conference | September 7, 2018 | Vacated |
| Trial | October 22, 2018 | Vacated |

This amendment does not alter any other portions of the initial scheduling order (ECF No. 17).

IT IS SO ORDERED.

DATED: January 29, 2018.

UNITED STATES DISTRICT JUDGE

1